IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| CALVIN MCCLAIN, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Case No. 1:08-CV-159 (WLS) |
| DONNIE THOMPSON, *et al.*, | : | |
| Defendants. | : | |

### ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff filed May 19, 2010. (Doc. 42). It is recommended that Plaintiff's Motion for Preliminary Injunction (Doc. 42) be **DENIED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 42) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 42) is **DENIED**.

**SO ORDERED**, this  1st  day of July, 2010.

    /s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**

1